IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NIKKI CROFT )
)
v. ) NO. 3-12-0912
) JUDGE CAMPBELL
FRANK WILSON, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 21), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Judgment on the Pleadings (Docket No. 18) is GRANTED, and Plaintiff's claims against Defendants Wilson and Sigears are DISMISSED. In addition, Plaintiff's claim for punitive damages against Defendant Clarksville Montgomery County Schools is DISMISSED.

The remaining claims are referred to the Magistrate Judge in accordance with the Court's prior Order (Docket No. 4).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE