UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NIKKI CROFT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:12-0912 |
| | ) | Judge Campbell/Bryant |
| FRANK WILSON, et al., | ) | **Jury Demand** |
| | ) | |
| Defendants. | ) | |

TO: The Honorable Todd J. Campbell

### REPORT AND RECOMMENDATION

The undersigned Magistrate Judge has received a letter dated June 3, 2013 from plaintiff Nikki Croft. The Clerk is directed to file a copy of this letter in the record of this case.

The undersigned construes plaintiff Croft's letter to be a motion for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. For the reasons stated in plaintiff's letter, the undersigned Magistrate Judge finds that plaintiff should be allowed to dismiss her complaint voluntarily and without prejudice, pursuant to Rule 41(a)(2).

### RECOMMENDATION

For the reasons stated above, the undersigned Magistrate Judge RECOMMENDS that plaintiff's request for voluntary dismissal be GRANTED, and that the complaint be DISMISSED without prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days from service of this Report and Recommendation in which to file any written objections to this Recommendation, with the District Court. Any party opposing said objections shall have fourteen (14) days from receipt

of any objections filed in this Report in which to file any responses to said objections. Failure to file specific objections within fourteen (14) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).

**ENTERED** this 4th day of June 2013.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge