UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NIKKI CROFT | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:12-0912 |
| | ) JUDGE CAMPBELL |
| FRANK WILSON, et al. | ) |
| Defendants | ) |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/18/13.

KEITH THROCKMORTON, CLERK
s/Althea F. Straughter, Deputy Clerk